IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| ERFAN QANEEI FARD | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No.  4:25-CV-00731-O |
| | § | |
| JOSH JOHNSON | § | |
| | § | |
| Defendant. | § | |

## ORDER

Before the Court is Plaintiff's Rule 59(e) and Rule 60(b) Motion to Reconsider Order Denying Writ of Habeas Corpus and Final Judgment. ECF No. 24. Plaintiff raises no issue that might cause the Court to question its judgment in this action; therefore, Plaintiff's Motion is **DENIED**.

**SO ORDERED** on this **21st day** of **November, 2025.**

_____
Reed O'Connor
CHIEF UNITED STATES DISTRICT JUDGE